

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

### FORT WORTH

### NO. 2-09-252-CV

LESLIE WAYNE DAVIDOFF                                    APPELLANT

V.

CHERYL ELAINE DAVIDOFF                                    APPELLEE

----------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On July 28, 2009, August 13, 2009 and September 11, 2009, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1] *See* Tex. R. App. P. 47.4.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  CAYCE, C.aJ.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  October 29, 2009

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).